# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Anton McCullough,                                :
                         Petitioner              :
                                                 :
            v.                                   :            No. 87 C.D. 2020
                                                 :
Pennsylvania Board of Probation                  :
and Parole,                                      :
                         Respondent              :

**PER CURIAM**                    **O R D E R**

     NOW, May 3, 2021, upon consideration of Petitioner's application for reconsideration, the application is denied.